IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MIDFIRST BANK,** | § § | |
| Plaintiff, | § § | **Civil Action No. 4:22-cv-00531** |
| v. | § § § | |
| **RICHARD L. YANCHUS, RICHARD JOHN FRANK, and MICHELL RUTH ZOLNIER,** | § § § § § | |
| Defendants. | § § | |

**PLAINTIFF'S MOTION TO CONTINUE INITIAL CONFERENCE**

MidFirst Bank ("Plaintiff"), files this *Motion to Continue Initial Conference* ("Motion") and shows the Court as follows:

1. Plaintiff filed its *Original Complaint* ("Complaint") on February 17, 2022, asserting a cause of action for non-judicial foreclosure against Defendants Richard L. Yanchus, Richard John Frank, and Michell Ruth Zolnier. [ECF Doc. No. 1].

2. Plaintiff has completed service on Defendants Richard Frank and Michell Ruth Zolnier. [ECF Nos. 7 and 8].

3. However, Plaintiff is still completing service on Defendant Richard L. Yanchus. Plaintiff is currently identifying potential alternative addresses to attempt service on Richard L. Yanchus.

4. The Initial Conference for this matter is set for April 22, 2021, at 11:50 AM. [ECF No. 5].

5. For these reasons, Plaintiff respectfully requests a continuance of the initial conference by 60 days in order to successfully complete service on Defendant, Richard L. Yanchus

to file the corresponding returns of service, and to allow the required time for all defendants to file an answer.

6. The continuance is not sought for purposes of delay, but so that justice may be done.

## PRAYER

For these reasons, Plaintiff moves the Court to continue the initial conference for 60 days. Plaintiff further requests all other relief to which it may be entitled.

        Respectfully submitted,

By: */s/ Nicholas M. Frame*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    Southern District Admission#21340
    Attorney in Charge
    mcronenwett@mwzmlaw.com

    **NICHOLAS M. FRAME**
    State Bar No. 24093448
    Southern District Admission #3121681
    Of Counsel
    nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on April 8, 2022, Plaintiff conferred with Defendant, Michell Ruth Zolnier. Defendant, Michell Ruth Zolnier indicated that she was unopposed to relief sought by this motion for continuance of initial conference.

*/s/ Nicholas M. Frame*
**NICHOLAS M. FRAME**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 8, 2022, a true and correct copy of the foregoing document was delivered via U.S regular mail notification to the following parties:

Michell Ruth Zolnier
Defendant
33110 Tall Oaks Way,
Magnolia, TX 77354

*/s/ Nicholas M. Frame*
**NICHOLAS M. FRAME**